## PATRICIA LAND *v.* DAVID LAND
### (15141)

Landau, Heiman and Spear, Js.

Submitted on briefs May 3—officially released June 4, 1996

Per Curiam. The judgment is affirmed.

## KENNA D. BROWN *v.* WILLIAM B. BROWN
### (14653)

Landau, Heiman and Spear, Js.

Submitted on briefs May 3—officially released June 4, 1996

Per Curiam. The judgment is affirmed.

## DONALD GAYLE *v.* BASIL YOUNG ET AL.
### (14582)

Landau, Schaller and Hennessy, Js.

Argued May 2—officially released June 4, 1996

Per Curiam. In this appeal arising from a judgment in a summary process action, the first five issues are dismissed as untimely pursuant to *HUD/Barbour-Waverly* v. *Wilson*, 235 Conn. 650, 668 A.2d 1309 (1995). We consider only the sixth and final issue presented to us on appeal.

The judgment is affirmed.